FILED

APR 10 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Travis Jackson Marron,               )
                                     )
        Plaintiff,                   )
                                     )
            v.                       )      Civil Action No.    13 0470
                                     )
City of Chesapeake Corporate Entity *et al.*, )
                                     )
        Defendants.                  )
_____      )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is incarcerated at the Lawrenceville Correctional Center in Virginia. He captions his complaint: "The Administrative Notice is Coram Non Judice, Under the Foreign Sovereign Immunity Act, 28 U.S.C., 1608 F.R.C.P. Rule 4(j); Conclusion of Facts With Legal Definition of Person, Corporation, Political Subdivision, & Foreign State." The text that follows is equally puzzling and simply fails to provide any notice of a claim. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: April __3__, 2013

_____
United States District Judge